1046

▮▮▮▮▮▮

[No. 11437–9–I. Division One. August 20, 1984.]

EARL F. OXFORD, ET AL, *Appellants,* v. BOEING
SERVICES INTERNATIONAL, INC., *Respondent.*

Appeal from judgments of the Superior Court for King
County, No. 860779, Robert W. Winsor, Terrence A. Car-
roll, James D. McCutcheon, Jr., and Frank D. Howard, JJ.,
entered April 1, 1980, March 30, 1981, and February 2 and
5, 1982. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Williams and Ringold, JJ.

[No. 6387–5–II. Division Two. August 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMY
FLOYD PRICE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 81–1–00630–2, John N. Skimas, J., entered
April 9, 1982. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Petrich, C.J., and Reed, J.

[No. 11480–8–I. Division One. September 4, 1984.]

WILDER CONSTRUCTION CO., INC., *Appellant,* v. THE GAL
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 80–2–01152–5, Jack S. Kurtz, J., entered
February 23, 1982. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Durham, C.J.

[No. 13912–6–I. Division One. September 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
J. HINTERBERGER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–02822–3, Maurice M. Epstein, J. Pro
Tem., entered September 28, 1983. *Reversed* and *remanded*
by unpublished per curiam opinion.